KELLY A. JOHNSON, Acting Assistant Attorney General
PAMELA S. TONGLAO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 305-0897
Facsimile:  (202) 514-8865

KEVIN V. RYAN (CSBN118321)
United States Attorney
JAMES CODA
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC., <br><br> Plaintiff, <br> v. <br> AVENTIS CROPSCIENCE, et al. <br><br> Defendants. | No. C 04-02225 SI <br><br> STIPULATION AND PROPOSED ORDER EXCUSING DEFENDANT UNITED STATES' APPEARANCE AT CASE MANAGEMENT CONFERENCE ON JUNE 10, 2005 |

In accordance with Local Rule 7-11, the parties hereby stipulate that the United States Department of the Army, United States Department of Defense, Defense Logistics Agency, and United States Department of the Navy (collectively "Federal Defendants") be excused from appearing at the case management conference scheduled for June 10, 2005.  The principal basis for this request is that counsel of record for the United States will be on vacation from June 1, 2005, through June 19, 2005.  In further support of this stipulation, the parties state as follows:

  (1) The interests of the Federal Defendants are aligned with the interests of the other defendants (hereinafter "Private Defendants"), all of which allegedly arranged for the disposal of hazardous substances at the GBF and Pittsburg Landfills or currently own the landfills, which Plaintiff contends are the source of groundwater contamination at Plaintiff's property.

(2)  The Federal Defendants contend that, under previously developed calculations, they are responsible for less than 3 percent, by volume, of the waste disposed at the GBF and Pittsburg Landfills.

(3)  All of the defendants, including the Federal Defendants, are named insureds under the same insurance policy.

(4)  In resolving a related action in this Court (C96-3147 SI), certain Private Defendants agreed to indemnify and hold the United States harmless from any and all future claims for response costs in connection with the GBF and Pittsburg Landfills.

(5)  Pursuant to 5 U.S.C. § 516, the conduct of litigation in which the United States is a party is reserved to the Department of Justice. Thus, unlike the Private Defendants, the Federal Defendants are unable to tender the defense of the claims in this case to outside counsel.

(6)  To date, all substantive discussions regarding the litigation and potential resolution of this case have principally involved Plaintiff and Private Defendants. The Federal Defendants have been kept apprised of the developments in the discussions between the main parties. Plaintiff and Private Defendants wish to continue to explore possible means of resolving this case without litigation. If such a resolution is reached, the parties expect that the Federal Defendants will be brought into the framework of any negotiated settlement under the indemnity agreement between the Private Defendants and the United States. Given the Federal Defendants' unique position in this case, their appearance at the status conference is not necessary to the advancement of this case toward a final resolution.

For the foregoing reasons, the parties stipulate that the Federal Defendants be excused from appearing at the status conference scheduled for June 10, 2005.

SO STIPULATED:

FOR PLAINTIFF

John L. Kortum
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596

2

| | |
|---|---|
| FOR PRIVATE DEFENDANTS | ___/s/ Clifton J. McFarland_____ |
| | Clifton J. McFarland |
| | GIBSON, DUNN & CRUTCHER |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| FOR FEDERAL DEFENDANTS | ___/s/ Pamela S. Tonglao_____ |
| | Pamela S. Tonglao |
| | Environmental Defense Section |
| | United States Department of Justice |
| | Post Office Box 23986 |
| | Washington, D.C. 20026-3986 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
                            SUSAN ILLSTON                    JDGE

IT IS SO ORDERED
Judge Susan Illston

3