Lee A. Archer (Bar No. 038938)
Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
Attorneys At Law
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Telephone: (925) 930-6600
Facsimile: (925) 930-6620

Attorneys for Plaintiff WEST COAST HOME BUILDERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AVENTIS CROPSCIENCE USA INC.; ET AL.,<br><br>Defendants. | NO. C04-02225 SI<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: October 25, 2005<br>Time: 9:00 a.m.<br>Ctrm: 19th Floor; Courtroom 10 |

WHEREAS a further Case Management Conference is presently scheduled for September 23, 2005;

WHEREAS various motions in this matter are scheduled to be heard on October 25, 2005, at 9:00 a.m.;

WHEREAS the Court has suggested and counsel has agreed that the Case Management Conference should be continued until immediately after the 9:00 a.m. hearing on the motions on October 25, 2005, or as soon thereafter as may be convenient for the Court.

/ / /

/ / /

/ / /

1  IT IS HEREBY AGREED AND STIPULATED that the Case Management Conference be
2  continued to October 25, 2005, immediately after the hearing on the scheduled motions or as soon
3  thereafter as the Court may schedule.

GIBSON, DUNN & CRUTCHER

Dated: September 8, 2005

*/s/ Clif McFarland/s/*
Clifton McFarland
Attorneys for Defendants
TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

BASSI, MARTINI EDLIN & BLUM LLP

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

Dated: September ___, 2005

_____
Pamela S. Tonglao
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY,
UNITED STATES DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY; UNITED STATES
DEPARTMENT OF THE NAVY

ARCHER NORRIS

Dated: September ___, 2005

_____
John L. Kortum
Attorneys for Plaintiff
WEST COAST HOME BUILDERS, INC.

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157004/408404-1

STIPULATION AND ORDER RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE    (No. C04-02225 SI)

2

1  IT IS HEREBY AGREED AND STIPULATED that the Case Management Conference be
2  continued to October 25, 2005, immediately after the hearing on the scheduled motions or as soon
3  thereafter as the Court may schedule.

GIBSON, DUNN & CRUTCHER

Dated: September ___, 2005

_____
Clifton McFarland
Attorneys for Defendants
TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

BASSI, MARTINI EDLIN & BLUM LLP

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

Dated: September 8, 2005

*Pamela S. Tonglao by VLK*

Pamela S. Tonglao
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY,
UNITED STATES DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY; UNITED STATES
DEPARTMENT OF THE NAVY

ARCHER NORRIS

Dated: September 8, 2005

_____
John L. Kortum
Attorneys for Plaintiff
WEST COAST HOME BUILDERS, INC.

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157004/408404-1

2

STIPULATION AND ORDER RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE    (No. C04-02225 SI)

IT IS SO ORDERED,

Dated: _____, 2005



Honorable Susan Illston
United States District Court

GRANTED
Judge Susan Illston

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157004/408404-1

3

STIPULATION AND ORDER RE CONTINUANCE OF CASE
MANAGEMENT CONFERENCE (No. C04-02225 SI)