Lee A. Archer (Bar No. 038938)
Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
Attorneys At Law
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Telephone: (925) 930-6600
Facsimile: (925) 930-6620

Attorneys for Plaintiff WEST COAST HOME BUILDERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>AVENTIS CROPSCIENCE USA INC.; ET AL.,<br><br>Defendants. | NO. C04-02225 SI<br><br>**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: December 9, 2005<br>Time: 9:00 a.m.<br>Ctrm: 19th Floor; Courtroom 10 |

WHEREAS a case management conference is presently set for December 9, 2005, to follow a hearing on motions brought by TRC and GBF Holdings LLC;

WHEREAS the parties submitted a stipulation on December 7, 2005, titled Stipulation re Supplemental Briefing on Defendants' Primary Jurisdiction Motion and Continuance of Hearing on Primary Jurisdiction Motion and Motion for Summary Judgment, that seeks continuance of the hearing on motions due to recent fruitful negotiations;

WHEREAS the status of these negotiations is reported in the recitals in the stipulation;

WHEREAS to conserve resources of the Court and parties, the parties request continuance of the Case Management Conference set for December 9, 2005,

IT IS HEREBY AGREED AND STIPULATED that

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157004/455990-1

STIPULATION RE CONTINUANCE OF CMC;
[PROPOSED] ORDER        (No. C04-02225 SI)

1

1. The Case Management Conference hearing set for December 9, 2005 be continued approximately 90 days to _____, 2006.

GIBSON, DUNN & CRUTCHER

Dated: December ___, 2005

_____
Clifton J. McFarland
Attorneys for Defendants
TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

Dated: December ___, 2005

_____
Pamela S. Tonglao
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY,
UNITED STATES DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY; UNITED STATES
DEPARTMENT OF THE NAVY

ARCHER NORRIS

Dated: December 7, 2005

_____
John L. Kortum
Attorneys for Plaintiff
WEST COAST HOME BUILDERS, INC.

IT IS SO ORDERED,

Dated: _____, 2005

_____
Honorable Susan Illston
United States District Court

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157004/455990-1

STIPULATION RE CONTINUANCE OF CMC;
[PROPOSED] ORDER (No. C04-02225 SI)

2

1.     1.     The Case Management Conference hearing set for December 9, 2005 be continued
2. approximately 90 days to _____, 2006.

GIBSON, DUNN & CRUTCHER

Dated: December \_\_\_, 2005      _____

Clifton J. McFarland
Attorneys for Defendants
TRC COMPANIES, INC.; GBF HOLDINGS LLC, ET AL.

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION

Dated: December 7, 2005      *Pamela S. Tonglao* (signature)

Pamela S. Tonglao
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY,
UNITED STATES DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY; UNITED STATES
DEPARTMENT OF THE NAVY

ARCHER NORRIS

Dated: December \_\_\_, 2005      _____

John L. Kortum
Attorneys for Plaintiff
WEST COAST HOME BUILDERS, INC.

IT IS SO ORDERED,

Dated: _____, 2005      _____

Honorable Susan Illston
United States District Court

ARCHER NORRIS
ATTORNEYS AT LAW
WALNUT CREEK

A0157004/455990-1

STIPULATION RE CONTINUANCE OF CMC;
[PROPOSED] ORDER      (No. C04-02225 SI)

2