1  Lee A. Archer (Bar No. 038938)
   Peter W. McGaw (Bar No. 104691)
2  John L. Kortum (Bar No. 148573)
   ARCHER NORRIS
3  2033 North Main Street, Suite 800
   PO Box 8035
4  Walnut Creek, CA 94596-3728
   Telephone:   925.930.6600
5  Facsimile:   925.930.6620

6  Attorneys for Plaintiff
   WEST COAST HOME BUILDERS, INC.

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WEST COAST HOME BUILDERS, INC., | Case No. C 04 02225 SI |
| 12           Plaintiff, | **STIPULATION RE CONTINUE CASE MANAGEMENT CONFERENCE** |
| 13  v. | **[PROPOSED ORDER]** |
| 14  AVENTIS CROPSCIENCE USA INC., et al., | Date:  October 12, 2007 |
| 15 | Time:  2:30 pm |
|    | Judge: Honorable Susan Illston |
| 16           Defendants. | |

17

18    WHEREAS a Case Management Conference is presently set for October 12, 2007, in this

19 matter and a Case Management Conference is set for October 19, 2007, in the related matter of

20 *SPPI-Somersville Inc. v. TRC Holdings, Inc.*, Case No. C 04-2648 SI.

21    WHEREAS the same counsel appear for both cases, with the exception that counsel for

22 the City of Antioch also appears in the *SPPI* case.

23    IT IS THEREFORE AGREED AND STIPULATED that for the convenience of

24 appearance of counsel, the case management conference for this action be coordinated with the

25    ///

26    ///

27    ///

28    ///

conference in the SPPI action and continued one week from October 12, 2007 to October 19, 2007, at 2:30 p.m.

Dated: October 10, 2007

DOWNEY BRAND LLP

_/s/ Clifton J. McFarland by JLK_
Clifton J. McFarland
Attorneys for Defendants
TRC COMPANIES, INC.; GBF HOLDINGS LLC, et al.

Dated: October 10, 2007

UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENTAL DEFENSE SECTION

_/s/ Pamela S. Tonglao by JLK_
Pamela S. Tonglao
Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE ARMY, UNITED STATES DEPARTMENT OF DEFENSE, DEFENSE LOGISTICS AGENCY; UNITED STATES DEPARTMENT OF THE NAVY

Dated: October 10, 2007

ARCHER NORRIS

_/s/ John L. Kortum_
John L. Kortum
Attorneys for Plaintiff
WEST COAST HOME BUILDERS, INC.

IT IS SO ORDERED,

Dated: October ___, 2007

_/s/ Susan Illston_
Honorable Susan Illston
United States District Court

A0157004/600491-1

2

STIPULATION RE CONTINUE CASE MANAGEMENT CONFERENCE C 04 02225 SI