RONALD J. TENPAS, Assistant Attorney General
PAMELA S. TONGLAO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 305-0897
Facsimile:  (202) 514-8865

JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-7180
Facsimile:  (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVENTIS CROPSCIENCE USA, INC., et al., <br><br> Defendants. | No. C 04-2225-SI <br><br> STIPULATION REGARDING FILING OF UNITED STATES' AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND COUNTERCLAIM |

   WHEREAS, Plaintiff West Coast Home Builders, Inc. filed this action the United States Department of the Army, United States Defense Logistics Agency, and United States Department of the Navy (collectively "Federal Defendants") on June 7, 2004, pursuant to sections 107 and 113 of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9607 and 9613.

   WHEREAS, Plaintiffs filed a first amended complaint in this action on December 14, 2004 (docket no. 10).

   WHEREAS, the Federal Defendants, filed an answer to the amended complaint on August 15, 2005 (docket no. 31).

WHEREAS, pursuant to this Court's directive issued at the status conference in this action on October 19, 2007, all motions or stipulations to the amendment of pleadings must be filed no later than February 1, 2008.

NOW THEREFORE, the parties hereto agree to the filing of an amended answer by the Federal Defendants that asserts a counterclaim for contribution under CERCLA. Such counterclaim would permit the Court to allocate response costs in the Plaintiffs' second amended complaint among liable parties using such equitable factors as the Court determines are appropriate, under 42 U.S.C. § 9613(f)(1), and grant appropriate declaratory relief under 42 U.S.C. § 9613(g)(2) and 28 U.S.C. § 2201.

**For the Plaintiffs**

Dated: February 1, 2008

Lee A. Archer
Peter W. McGaw

s/ John L. Kortum
John L. Kortum
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Tel:    (925) 930-6600

**For the Federal Defendants**

Dated: February 1, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources
  Division

s/Pamela S. Tonglao
Pamela S. Tonglao, Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 305-0897

JOSEPH P. RUSSONIELLO
United States Attorney
CHARLES M. O'CONNOR (CA Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave.

San Francisco, CA 94102
(415) 436-7180

**For Defendants Aventis Cropscience USA et al.**

Dated: February 1, 2008                s/ Clifton J. McFarland
                                       Clifton J. McFarland
                                       Sophia B. Strong
                                       DOWNEY BRAND LLP
                                       555 Capitol Mall, Tenth Floor
                                       Sacramento, CA 95814-4686
                                       Tel:    (916) 444-1000

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____            _____
                                  HON. SUSAN ILLSTON
                                  UNITED STATES DISTRICT JUDGE

CV 04-2225 SI

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I filed the foregoing document using the ECF System, which will send notice of the filing to the following:

Lee A. Archer
Peter W. McGaw
John L. Kortum
Archer Norris
2033 North Main Street, Suite 800
Walnut Creek, CA 94596
Tel:    (925) 930-6600

Clifton J. McFarland
Sophia B. Strong
Downey Brand LLP
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Tel:    (916) 444-1000

                                                               s/Pamela S. Tonglao
                                                               Pamela S. Tonglao