IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC., | No. C 04-2225 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| AVENTIS CROPSCIENCE USA INC., *et al.*, | |
| Defendants. | |

Plaintiff's motion for leave to file a second amended complaint is scheduled for a hearing on March 7, 2008. Defendants have filed a Joint Stipulation and Non-Opposition to the motion. Accordingly, the Court GRANTS the motion and VACATES the hearing. (Docket No. 96). Plaintiffs shall file the second amended complaint no later than **March 7, 2008**.

**IT IS SO ORDERED.**

Dated: February 29, 2008

SUSAN ILLSTON
United States District Judge