IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>AVENTIS CROPSCIENCE USA INC. ET AL,<br><br>    Defendant.<br>SPPI-SOMMERSVILLE.<br><br>    Plaintiff,<br><br> v.<br><br>CHEVRON,<br><br>    Defendant.        / | No. C 04-02225 SI<br>**AND**<br><u>**C-07-5824 SI**</u><br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>June 6, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>June 26, 2009</u>.

DESIGNATION OF EXPERTS: <u>4/3/09</u>; REBUTTAL: <u>4/24/09</u>.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 26, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 3, 2009</u>;

 Opp. Due <u>July 17, 2009</u>; Reply Due <u>July 24, 2009</u>;

 and set for hearing no later than <u>August 7, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 22, 2009</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>October 5, 2009</u> at <u>8:30 AM.</u>,
 Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u> </u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff is waiting for a response to it's recent settlement offer.

By March 14, 2008, counsel shall inform the Court of the type of ADR procedure they wish to participate in. The ADR process shall be completed in May 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge