Peter W. McGaw (Bar No. 104691)
John L. Kortum (Bar No. 148573)
ARCHER NORRIS
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, CA 94596-3728
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Plaintiff WEST COAST HOME BUILDERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC. | Case No. C 04-2225 SI |
| Plaintiff, | **STIPULATION TO ALLOW PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |
| v. | |
| AVENTIS CROPSCIENCE USA, INC., et al. | **AND** |
| Defendants, | **(PROPOSED) ORDER** |

**STIPULATION**

The parties to this action hereby stipulate:

1. On July 6, 2006, in response to a motion filed by various defendants to dismiss certain causes of action alleged in Plaintiff's First Amended Complaint, the Court ruled partially in favor of defendants' motion and dismissed Plaintiffs causes of action for negligence, negligence per se, ultrahazardous activity and state law declaratory relief (*See Order Granting in Part and Denying in Part Defendants' Motion to Dismiss State Law Claims; Granting Defendants' Motion to Stay and Staying Action until September 30, 2006*; entered July 6, 2006, Docket No. 83).

2. On March 7, 2008, pursuant to a stipulation of the parties and order of the court, Plaintiff filed a Second Amended Complaint in this action.

1    **STIPULATION TO ALLOW PLAINTIFF TO FILE THIRD AMENDED COMPLAINT; AND ORDER**
C04-2225 SI

A0157004/715570-2

3.  The Parties now agree that that Second Amended Complaint inadvertently contained the same causes of action against the non-Federal defendants for negligence, negligence per se, ultrahazardous activity and state law declaratory relief that had previously been dismissed by the Court, and the parties further agree that were the non-Federal defendants to re-file their motion to dismiss these causes of action, the Court's ruling would be the same as before.

4.  THEREFORE, in the interest of judicial economy, the parties hereby stipulate that Plaintiff may file a Third Amended Complaint that removes the causes of action for negligence, negligence per se, ultrahazardous activity and state law declaratory relief, and that by doing so, Plaintiff does not waive any issues that it may have on appeal pertaining to the Court's prior ruling, and that the Court's prior ruling dismissing the causes of action for negligence, negligence per se, ultrahazardous activity and state law declaratory relief in Plaintiff's First Amended Complaint will be treated for all purposes as if it were applied to Plaintiff's Second Amended Complaint.

Dated: January 14, 2009

ARCHER NORRIS

Peter W. McGaw
John L. Kortum
Attorneys for Plaintiff West Coast Home Builders, Inc.

Dated: January 14, 2009

DOWNEY BRAND LLP

Janlynn R. Fleener by JLK

Clif McFarland
Janlynn R. Fleener
Attorneys for Defendants GBF Holdings LLC, TRC Companies, Inc. and Generator Defendants

2   STIPULATION TO ALLOW PLAINTIFF TO FILE THIRD AMENDED COMPLAINT; AND ORDER
C04-2225 SI

A0157004/715570-2

1  Dated: January 14, 2009

*Leslie Hill* by JLK

Leslie Hill, Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Environmental Defense Section
P.O. 23986
Washington, DC 2006-3986
Attorneys for the FEDERAL DEFENDANTS

3  STIPULATION TO ALLOW PLAINTIFF TO FILE
THIRD AMENDED COMPLAINT; AND ORDER
C04-2225 SI

A0157004/715570-2

# ORDER

The Court having reviewed the foregoing stipulation of the parties and for good cause appearing, it is hereby Ordered:

Plaintiff may file a Third Amended Complaint that removes the causes of action for negligence, negligence per se, ultrahazardous activity and state law declaratory relief, and that by doing so, Plaintiff does not waive any issues that it may have on appeal pertaining to the Court's prior ruling, and that the Court's prior ruling dismissing the causes of action for negligence, negligence per se, ultrahazardous activity and state law declaratory relief in Plaintiff's First Amended Complaint will be treated for all purposes as if it were applied to Plaintiff's Second Amended Complaint.

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT

4    **STIPULATION TO ALLOW PLAINTIFF TO FILE THIRD AMENDED COMPLAINT; AND ORDER**
C04-2225 SI

A0157004/715570-2