DOWNEY BRAND LLP
CLIFTON J. MCFARLAND (Bar No. 136940)
JANLYNN R. FLEENER (Bar No. 169385)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cmcfarland@downeybrand.com

Attorneys for Defendants
GBF HOLDINGS LLC,
TRC COMPANIES, INC.
and the GENERATOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVENTIS CROPSCIENCE USA INC., et al., <br><br> Defendants. | Case No. 3:04-cv-02225-SI <br><br> (Related to Case No. 3:04-cv-02648-SI) <br><br> **JOINT STIPULATION OF ALL PARTIES TO REVISE CERTAIN PRE-TRIAL DEADLINES; [PROPOSED] ORDER REGARDING SAME** <br><br> Trial Date: October 5, 2009 |

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rules 6 and 7-12, Plaintiff West Coast Home Builders, Inc. ("Plaintiff" or "West Coast"), Defendants GBF HOLDINGS, LLC and TRC COMPANIES, INC. (collectively, "TRC"), the GENERATOR DEFENDANTS and the FEDERAL DEFENDANTS, by and through their respective undersigned attorneys, hereby enter into this Stipulation to Revise Certain Pre-trial Deadlines (the "Stipulation"):

### RECITALS

A. In or about July, 2008, the Court approved the Joint Stipulation of All Parties to Correct Schedule (the "Prior Stipulation").

B. The Prior Stipulation, as ordered by the Court, corrected and set certain pre-trial deadlines. A true and correct copy of the Prior Stipulation is attached hereto as Exhibit 1.

990642.3                                        1

C. The Parties desire to amend, in part, the Prior Stipulation and to extend certain pre-trial deadlines, while retaining the trial date.

D. The schedule set forth in this Stipulation is consistent with the schedule set forth in the Order on the Joint Stipulation of All Parties to Revise Certain Pre-Trial Deadlines, entered by the Court on February 3, 2009 in related Case No. 3:04-cv-02648-SI (*see* Docket No. 227 in 3:04-cv-02648-SI).

## AGREEMENT

1. The Parties agree that the following dates and deadlines shall apply and that the Prior Stipulation is deemed amended to provide as follows:

   a. May 29, 2009, shall be the last date to conduct fact or lay witness discovery (amending prior date of June 26, 2009);

   b. June 12, 2009, shall be the last date to disclose expert witnesses (amending prior date of April 3, 2009);

   c. June 22, 2009, shall be the last date to disclose rebuttal expert witnesses (amending prior date of April 24, 2009);

   d. July 10, 2009, shall be the last date to conduct expert witness discovery (amending prior June 26, 2009);

   e. July 17, 2009, shall be the last date to file dispositive motions (amending prior date of July 3, 2009);

   f. July 31, 2009, shall be the last date to file any opposition to any dispositive motions filed on July 24, 2009 (amending prior date of July 17, 2009);

   g. August 7, 2009, shall be the last date to file any reply to any opposition to any dispositive motions filed on July 24, 2009 (amending prior date of July 24, 2009);

   h. August 21, 2009, shall be the last date to have heard any dispositive motions filed on July 24, 2009 (amending prior date of August 7, 2009);

   i. September 4, 2009, shall be the last date for pre-trial disclosures;

   j. September 18, 2009, shall be the last date for any objections to any pre-trial disclosures;

      k.     September 22, 2009, shall be the date of the pre-trial conference at 3:30 p.m. (prior date retained);

      l.     October 5, 2009, shall be the trial date, commencing at 8:30 a.m. (prior date retained).

DATED: March 16, 2009    ARCHER NORRIS

By: _____
     PETER W. MCGAW
     JOHN L. KORTUM
     Attorneys for Plaintiff
     WEST COAST HOME BUILDERS, INC.

DATED: March 18, 2009    DOWNEY BRAND LLP

By: _____
     CLIFTON J. MCFARLAND
     JANLYNN R. FLEENER
     Attorneys for Defendants
     GBF HOLDINGS LLC.
     TRC COMPANIES, INC.
     and the GENERATOR DEFENDANTS

DATED: March 18, 2009    JOHN C. CRUDEN,
     Acting Assistant Attorney General

By: _____ FD/
     LESLIE HILL
     Attorneys for Defendants
     UNITED STATES DEPARTMENT OF THE ARMY,
     UNITED STATES DEPARTMENT OF DEFENSE,
     DEFENSE LOGISTICS AGENCY; UNITED
     STATES DEPARTMENT OF THE NAVY

# ORDER APPROVING STIPULATION

Good cause appearing, IT IS HEREBY ORDERED THAT the foregoing Stipulation is the Order of the Court.

DATED: _____    _____
UNITED STATES DISTRICT JUDGE