Paul P. Spaulding III (State Bar No. 083922)
sspaulding@fbm.com
James H. Colopy (State Bar No. 172806)
jcolopy@fbm.com
Andrew W. Ingersoll (State Bar No. 221348)
aingersoll@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Peter W. McGaw (State Bar No. 104691)
pmcgaw@archernorris.com
John L. Kortum (State Bar No. 148573)
jkortum@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3728
Telephone:   (925) 930-6600
Facsimile:    (925) 930-6620

Attorneys for Plaintiff
WEST COAST HOME BUILDERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AVENTIS CROPSCIENCE USA INC., *et al*., <br><br> Defendants. | Case No.  C 04-2225 SI <br> (Related to Case No. C 04-02648-SI) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY DISCOVERY** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
AUTHENTICITY DISCOVERY - No. C 04-2225 SI

24530\1940485.1

WHEREAS, the last day to conduct fact discovery in these consolidated lawsuits is May 29, 2009, the last day to serve expert reports is June 12, 2009, the last day to file summary judgment motions is July 17, 2009, and the trial date is October 5, 2009;

WHEREAS, the parties believe it is appropriate to set a separate deferred process and schedule for the parties to meet and confer and conduct discovery if necessary concerning questions of authenticity, for the following reasons:

1. the significant amount of deposition discovery and other discovery to be completed by the May 29, 2009 deadline for fact discovery;

2. the large volume of documents produced during discovery in this lawsuit, and the large volume of documents still being produced during discovery;

3. the nature of this lawsuit whereby some documents were created many years ago, and/or were created by persons or entities who are not parties to the litigation; and

4. the good faith representations of counsel that the authenticity of most documents will not be disputed.

WHEREAS, the current pretrial and trial schedule would otherwise remain unchanged;

NOW, THEREFORE, all parties below, by and through their respective counsel, stipulate and request pursuant to Civil Local Rule 6-2 that this Court enter the following Order:

**STIPULATION AND REQUESTED ORDER**

1. Discovery by any party regarding the authenticity of documents, materials or other information need not be conducted or completed before the May 29, 2009 deadline to conduct fact discovery;

2. There shall be a rebuttable presumption of authenticity for documents, materials or other information for purposes of Rules 901-903 of the Federal Rules of Evidence if timely produced by a party or subpoenaed third-party during discovery to this litigation in response to a discovery request in this litigation or as part of a disclosure in this litigation pursuant to Rule 26(a) of the Federal Rules of Civil Procedure;

3. Other parties reserve the right to seek to rebut the presumption of authenticity, and between May 29, 2009 and June 26, 2009, the parties shall meet and confer concerning any

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
AUTHENTICITY DISCOVERY - No. C 04-2225 SI

- 1 -

24530\1940485.1

objections that may be raised to the authenticity of specific individual or categories of documents, materials or other information;

3. To the extent the objections cannot be resolved, and to the extent a party believes it needs to conduct discovery on such issues, such discovery shall occur between June 29, 2009 and August 15, 2009. The scope of any such discovery shall be limited to the question of authenticity as defined by Rules 901-903 of the Federal Rules of Evidence.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                  Hon. Susan Illston
                                  United States District Judge

IT IS SO STIPULATED.

Concurrence in filing this document was obtained from Leslie M. Hill in compliance with General Order No. 45, Section X.

Dated: May 8, 2009              FARELLA BRAUN + MARTEL LLP

                                By: /s/ James H. Colopy
                                    James H. Colopy
                                    Attorneys for Plaintiff WEST COAST HOME
                                    BUILDERS, INC.

Dated: May 8, 2009              UNITED STATES DEPARTMENT OF JUSTICE,
                                ENVIRONMENTAL DEFENSE SECTION

                                By: /s/ Leslie M. Hill
                                    Leslie M. Hill, Esq.

                                    Attorneys for Defendants
                                    UNITED STATES DEPARTMENT OF THE ARMY,
                                    UNITED STATES DEPARTMENT OF DEFENSE,
                                    DEFENSE LOGISTICS AGENCY; UNITED STATES
                                    DEPARTMENT OF THE NAVY

| | |
|---|---|
| Dated: May 7, 2009 | DOWNEY BRAND LLP<br><br>By: _____<br>Andrew Collier, Esq.<br><br>Attorneys for Defendants<br>TRC COMPANIES, INC., GBF HOLDINGS LLC, AVENTIS CROPSCIENCE USA INC.; ASHLAND, INC.; BEAZER EAST, INC.; BOEING SATELLITE SYSTEMS, INC.; CATERPILLAR, INC.; CHEMICAL & PIGMENT COMPANY; COLGATE-PALMOLIVE COMPANY; COOPER INDUSTRIES, INC.; CROMPTON CORPORATION; CROWN BEVERAGE PACKAGING, INC.; THE DOW CHEMICAL COMPANY; E.I. DU PONT DE NEMOURS AND COMPANY; EXXON MOBIL CORPORATION; GAYLORD CONTAINER CORPORATION; GREAT WESTERN CHEMICAL COMPANY; HEWLETT-PACKARD COMPANY; HEXCEL CORPORATION; J&G DISPOSAL; LOCKHEED MARTIN CORPORATION; NESTLE USA, INC.; OCCIDENTAL CHEMICAL CORPORATION; OCEAN VIEW CAPITAL, INC.; PACCAR INC.; HAROLD WILLIAM PREWETT; MARY GRACE (PREWETT) BERTSCH; PRO TEC CHEMICAL CO., INC.; QUEBECOR PRINTING SAN JOSE, INC.; RAYCHEM CORPORATION; SHELL OIL COMPANY; SHULLER INTERNATIONAL, INC.; HENRY SIMONSEN; UNION OIL COMPANY OF CALIFORNIA; UNION PACIFIC RAILROAD COMPANY; USX CORPORATION; and WITCO CORPORATION. |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
AUTHENTICITY DISCOVERY - No. C 04-2225 SI

- 3 -

24530\1940485.1