Paul P. Spaulding III (State Bar No. 083922)
  sspaulding@fbm.com
James H. Colopy (State Bar No. 172806)
  jcolopy@fbm.com
Andrew W. Ingersoll (State Bar No. 221348)
  aingersoll@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Peter W. McGaw (State Bar No. 104691)
  pmcgaw@archernorris.com
John L. Kortum (State Bar No. 148573)
  jkortum@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3728
Telephone:   (925) 930-6600
Facsimile:   (925) 930-6620

Attorneys for Plaintiff
WEST COAST HOME BUILDERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AVENTIS CROPSCIENCE USA INC., *et al*.,<br><br>　　　　　Defendants. | Case No.  C 04-2225 SI<br>(Related to Case No. C 04-02648-SI)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY FROM RELATED CASES** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE DISCOVERY - No. C 04-2225 SI

24530\1940485.1

WHEREAS, all of the parties to this lawsuit also are parties to the related litigation known as *SPPI-Somersville, Inc et al. v. TRC Companies, Inc. et al.*, Case No. C 04-2648 SI and *Somersville-Gentry, Inc et al. v. TRC Companies, Inc. et al.*, Case No. 07-cv-5824-SI;.

WHEREAS, certain of the fact discovery conducted in the *SPPI-Somersville* and *Somersville-Gentry* litigation is relevant to the issues of this lawsuit;

WHEREAS, the parties to this lawsuit wish to avoid the unnecessary duplication of fact discovery;

WHEREAS, an identical schedule for pretrial deadlines and trial has been set for all of these lawsuits;

NOW, THEREFORE, all parties below, by and through their respective counsel, stipulate and request pursuant to Civil Local Rule 6-2 that this Court enter the following Order:

## STIPULATION AND REQUESTED ORDER

1. Fact discovery conducted in the litigation known as *SPPI-Somersville, Inc. et al. v. TRC Companies, Inc. et al.*, Case No. C 04-2648 SI and *SPPI-Somersville, Inc. et al. v. Chevron U.S.A., et al.*, Case No. 07-cv-5824-SI shall be treated, for purposes of this lawsuit, as if such discovery was taken in this lawsuit;

2. This stipulation does not modify a party's ability or right to conduct discovery in this lawsuit.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/2/09

Hon. Susan Illston
United States District Judge

IT IS SO STIPULATED.

Concurrence in filing this document was obtained from Janlynn Fleener and Leslie M. Hill in compliance with General Order No. 45, Section X.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE DISCOVERY - No. C 04-2225 SI

- 1 -

24530\1940485.1

| | | |
|---|---|---|
| 1 | Dated: June 1, 2009 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ James H. Colopy |
| | | James H. Colopy |
| 4 | | Attorneys for Plaintiff WEST COAST HOME BUILDERS, INC. |
| 5 | | |
| 6 | Dated: June 1, 2009 | UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENTAL DEFENSE SECTION |
| 7 | | |
| 8 | | By: /s/ Leslie M. Hill |
| | | Leslie M. Hill, Esq. |
| 9 | | |
| 10 | | Attorneys for Defendants UNITED STATES DEPARTMENT OF THE ARMY, UNITED STATES DEPARTMENT OF DEFENSE, DEFENSE LOGISTICS AGENCY; UNITED STATES DEPARTMENT OF THE NAVY |
| 11 | | |
| 12 | | |
| 13 | Dated: June 1, 2009 | DOWNEY BRAND LLP |
| 14 | | |
| 15 | | By: /s/ Janlynn Fleener |
| | | Janlynn Fleener, Esq. |
| 16-27 | | Attorneys for Defendants TRC COMPANIES, INC., GBF HOLDINGS LLC, AVENTIS CROPSCIENCE USA INC.; ASHLAND, INC.; BEAZER EAST, INC.; BOEING SATELLITE SYSTEMS, INC.; CATERPILLAR, INC.; CHEMICAL & PIGMENT COMPANY; COLGATE-PALMOLIVE COMPANY; COOPER INDUSTRIES, INC.; CROMPTON CORPORATION; CROWN BEVERAGE PACKAGING, INC.; THE DOW CHEMICAL COMPANY; E.I. DU PONT DE NEMOURS AND COMPANY; EXXON MOBIL CORPORATION; GAYLORD CONTAINER CORPORATION; GREAT WESTERN CHEMICAL COMPANY; HEWLETT-PACKARD COMPANY; HEXCEL CORPORATION; J&G DISPOSAL; LOCKHEED MARTIN CORPORATION; NESTLE USA, INC.; OCCIDENTAL CHEMICAL CORPORATION; OCEAN VIEW CAPITAL, INC.; PACCAR INC.; HAROLD WILLIAM PREWETT; MARY GRACE (PREWETT) BERTSCH; PRO TEC CHEMICAL CO., INC.; QUEBECOR PRINTING SAN JOSE, INC.; RAYCHEM CORPORATION; SHELL OIL COMPANY; SHULLER INTERNATIONAL, INC.; HENRY SIMONSEN; UNION OIL COMPANY OF CALIFORNIA; UNION PACIFIC RAILROAD COMPANY; USX CORPORATION; and WITCO CORPORATION. |
| 28 | | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE DISCOVERY - No. C 04-2225 SI

- 2 -

24530\1940485.1