| | |
|---|---|
| 1 | Paul P. Spaulding III (State Bar No. 083922) |
|   | sspaulding@fbm.com |
| 2 | James H. Colopy (State Bar No. 172806) |
|   | jcolopy@fbm.com |
| 3 | Andrew W. Ingersoll (State Bar No. 221348) |
|   | aingersoll@fbm.com |
| 4 | Farella Braun + Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 6 | Facsimile: (415) 954-4480 |

Peter W. McGaw (State Bar No. 104691)
  pmcgaw@archernorris.com
John L. Kortum (State Bar No. 148573)
  jkortum@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3728
Telephone: (925) 930-6600
Facsimile: (925) 930-6620

Attorneys for Plaintiff
WEST COAST HOME BUILDERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEST COAST HOME BUILDERS, INC., | Case No. C 04-2225 SI |
|   | (Related to Case No. C 04-02648-SI) |
| Plaintiff, |   |
|   | **ORDER AFTER CASE MANAGEMENT** |
| vs. | **CONFERENCE** |
|   |   |
| AVENTIS CROPSCIENCE USA INC., *et al*., | Judge: Hon. Susan Illston |
|   | Dept: 10, 19th Floor |
|   | Date: June 4, 2009 |
| Defendants. | Time: 3:00 p.m. |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER AFTER CASE MANAGEMENT
CONFERENCE - Case No. C 04-2225 SI

24530\1966659.1

1  Plaintiff West Coast Home Builders, Inc. ("Plaintiff"), Defendants TRC Companies, Inc.,
2  GBF Holdings LLC and the Generator Defendants (collectively, "TRC"), and the Federal
3  Defendants appeared for a Further Case Management Conference on June 4, 2009 at 3:00 p.m.
4  IT IS HEREBY ORDERED as follows:
5  The expert disclosure, report and deposition deadlines are revised as follows:
6  • Expert Disclosures are due June 12, 2009
7  • Supplemental Expert Reports* are due June 22, 2009
8  • Rebuttal Expert Reports are due July 2, 2009
9  • Expert Discovery cutoff date is July 17, 2009
10  * Supplementation of expert reports shall be based only on new information received after
11  June 12, 2009.
12  Counsel shall meet and confer to get available dates for the depositions of Silvio
13  Garaventa, Jr. and Victor Carniglia.
14  The last day to file fact discovery motions is June 20, 2009.
15  The Court clarifies and orders the following default time limitations for expert
16  depositions. Plaintiff and Defendants stipulate, and the Court hereby orders, that for any expert
17  who also has been designated as an expert witness in the related *SPPI* cases, the portion of the
18  deposition of that expert taken in the *SPPI* cases by Plaintiff or the Defendants herein (but not by
19  other parties) will be deemed to be admissible in this litigation as though taken in this case. In
20  addition, the Plaintiff and Defendant sides in this litigation each can depose that expert for an
21  additional three (3) hours on issues relating to this litigation. If an expert has been designated by
22  any party herein as an expert solely in this case (and not also in the *SPPI* cases), the Plaintiff and
23  Defendant sides in this litigation each can depose that expert for up to seven (7) hours.
24  This matter is set for trial on October 5, 2009. The related *SPPI* cases also are set for trial
25  on October 5, 2009.
26  The matter is continued for a further case management conference on July 7, 2009 at 3:00
27  p.m.
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER AFTER CASE MANAGEMENT
CONFERENCE - Case No. C 04-2225 SI

- 1 -

24530\1966659.1

1  Dated:_____

[signature: Susan Illston]

United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER AFTER CASE MANAGEMENT
CONFERENCE - Case No. C 04-2225 SI         - 2 -                                    24530\1966659.1